# Arthur TATUM v. STATE.

### No. 14816.

Court of Criminal Appeals of Texas.

Nov. 13, 1931.

Baskett & DeLee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for theft of chickens; penalty assessed at confinement in the penitentiary for a period of two years.

The facts heard upon the trial are not before this court.

There is only one bill of exception complaining that the evidence is insufficient to support the conviction and that the court should have so instructed the jury. Manifestly this court cannot determine that question without knowledge of the facts that were before the trial court. Tex. Jur. vol. 4, §§ 167–169.

Finding no error, the judgment is affirmed.

# Ben VARA v. STATE.

### No. 14827.

Court of Criminal Appeals of Texas.

Nov. 13, 1931.

Rehearing Denied Dec. 16, 1931.

W. P. Midkiff, of Gonzales, and W. B. Green, of Nixon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. No error appearing, the judgment will be affirmed.

# John WALSHAK v. STATE.

### No. 14828.

Court of Criminal Appeals of Texas.

Nov. 13, 1931.

Duncan Davis, of Gonzales, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

Appellant entered his plea of guilty. There are no bills of exception, nor is there a statement of facts in the record.

The judgment will be affirmed.